In the Matter of Proving the Last Will and Testament of ALFRED JOHNSON, Deceased. MAY JOHNSON SCHULTZ, as Executrix Named in Last Will and Testament of ALFRED JOHNSON, Deceased, and Others, Appellants; ALFRED JOHNSON, JR., and Others, Respondents.— Decree of the Surrogate's Court of Rockland County, denying probate of an alleged will dated October 28, 1935, unanimously affirmed, with costs to respondents, payable out of the estate. The finding of the surrogate that the testator lacked testamentary capacity is amply supported by the proof. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [See *post*, p. 837.]